## IN THE COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | |
|---|---|
| ABDELRAHMAN KAMEL | Case No.: |
| 2098 Southacres Drive | |
| Cincinnati, OH 45233 | |
|     Plaintiff, | Judge: |
| | |
| vs. | |
| | |
| | **COMPLAINT** |
| FORD MOTOR COMPANY, INC. | |
| CT Corporation System | (Jury Demand Endorsed Hereon) |
| 4400 Easton Commons Way, Suite 125 | |
| Columbus, OH 43219 | |
|     Defendant | |

Now comes Plaintiff, Abdelrahman Kamel, by and through undersigned counsel and states as follows:

### BACKGROUND

1.    Plaintiff, Abdelrahman Kamel, is an adult individual citizen and legal resident of the State of New Jersey, residing at 2098 Southacres Drive, Cincinnati, OH 45233.

2.    Defendant, Ford Motor Company, is a business corporation qualified to do and regularly conducting business in the State of Ohio, with its principal place of business located in Michigan and can be served at CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219.

3.    On or about April 9, 2022, Plaintiff purchased a new 2022 F150, manufactured and warranted by Defendant, from O'Brien Ford,

EX A

(720 Mt. Eden Road, Highway 35 South, Shelbyville, KY 40065) bearing the Vehicle

Identification Number 1FTFW1RG1NFA08546 (hereinafter the "vehicle").

4.  The vehicle was purchased or leased in the State of Ohio and is registered in OH.

5.  The price of the vehicle and/or the total of payments is approximately $108,984.46.

6.  Plaintiff states that as a result of the ineffective repair attempts made by Defendant,

through its authorized dealer(s), the vehicle cannot be utilized for the purposes

intended by Plaintiff at the time of acquisition and hence, the vehicle is worthless

and/or substantially impaired.

7.  In consideration for the purchase of the above vehicle, Defendant issued to

Plaintiff one or more written warranties on particular items.

8.  Plaintiff complained about the following defects: brakes squeal in gear, the A/C

intermittently does blow air out of the vents, there is a grinding noise when braking,

navigation system lost its connection and does not work, and rubber seal between

windshield and hood is sticking out. Plaintiff notified the Defendant and/or its

Authorized Dealer(s) on one or more occasions, and/or formally notified the

Defendant by letter of Plaintiffs present intention to revoke acceptance of the vehicle

and requested the return of all funds paid toward the vehicle.


### COUNT I
### OHIO LEMON LAW

9.  Plaintiff hereby re-avers and incorporates by reference all statements and

allegations previously set forth as if fully rewritten herein.

10. Section 1345.71 through Section 1345.77 of the Ohio Consumer Sales Practices

Act is commonly known as, and will hereinafter be referred to as, the "Ohio Lemon

Law."

EX A

11. Plaintiff is a "Consumer" as defined by R.C. § 1345.71(A).

12. Defendant is a "Manufacturer" as defined by R.C. § 1345.71(B).

13. Defendant provided an "Express Warranty" and a "Warranty" as defined by R.C. § 1345.71 (C).

14. Plaintiff purchased or leased the vehicle from and/or had it serviced at Defendant's "Authorized Dealer[(s)]," as that term is used throughout R.C. § 1345.71 et seq.

15. Plaintiff reported one or more "nonconformities," as defined by R.C. § 1345.72 (B) and 1345.71(E), to the manufacturer, through its authorized dealer, within one year and eighteen thousand (18,000) miles of the date of delivery.

16. Defendant, through its authorized dealer(s), has been unable, unwilling and/or has refused to conform the motor vehicle to the express warranty by repairing one or more nonconformities within a reasonable number of attempts or a reasonable amount of time.

17. Plaintiff may satisfy one or more of the presumptions in Section 1345.73.

18. If Defendant maintains a qualified Informal Dispute Resolution Mechanism, Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint and/or has pursued that process to its completion, as required by R.C. § 1345.77 (B) and rules promulgated thereunder.

WHEREFORE, Plaintiff respectfully demands:

1. The "full purchase price" of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2. Costs, including expert witness fees and reasonable attorney's fees; and

3. For such other relief as this court deems just and proper.

EX A

## COUNT II
## MAGNUSON-MOSS FEDERAL TRADE COMMISSION ACT

19.  Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

20.  Plaintiff is a "Consumer" as defined by 15 U.S.C. § 2301(3).

21.  Defendant is a "Supplier" and a "Warrantor" as defined by 15 U.S.C. § 2301(4) & (5).

22.  The vehicle is a "Consumer Product" as defined by 15 U.S.C. § 2301(1).

23.  One or more of the warranties given to Plaintiff by Defendant was a "Written Warranty" as defined by 15 U.S.C. § 2301(6) and/or a "Service Contract" as defined by 15 USC§ 2301(8).

24.  Defendant, through its authorized dealer(s), has been unable, unwilling and/or has refused to conform the motor vehicle to the written warranty and/or service contract by repairing one or more nonconformities within a reasonable number of attempts or a reasonable amount of time.

25.  Plaintiff states that Defendant has been afforded a reasonable opportunity to cure the vehicle's nonconformities pursuant to 15 U.S.C. § 2310 (e).

26.  Section 15 U.S.C. § 2310 (d) (1) provides:

Subject to subsections (a)(3) and (e) of this section, a consumer who is damaged by the failure of a supplier, warrantor, or service contractor to comply with any obligation under this chapter, or under a written warranty, implied warranty, or service contract, may bring suit for damages and other legal and equitable relief. ...

EX A

27.    As a direct and proximate result of Defendant's failure to comply with Defendant express written and implied warranties and service contract, Plaintiff has and continues to suffer damages.

28.    If Defendant maintain a qualified Informal Dispute Resolution Mechanism, Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint and/or has pursued that process to its completion, as required by 15 U.S.C. § 2310 (a) and rules promulgated thereunder.

29.    Pursuant to 15 U.S.C. § 2310 (d)(2), Plaintiff seeks all Costs, including attorney's fees and expert witness fees.

WHEREFORE, Plaintiff respectfully demands:

1.    The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2.    Costs, including expert witness fees and reasonable attorney's fees; and

3.    For such other relief as this court deems just and proper.

## COUNT III
## OHIO UNIFORM COMMERCIAL CODE

30.    Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

31.    The defects and nonconformities exhibited by the vehicle constitute a breach of contractual and statutory obligations of Defendant, including, but not limited to, the following:

a.    Express Warranty

b.    Implied Warranty of Merchantability; and

EX A

       c.     Implied Warranty of Fitness for a Particular Purpose.

32.     At the time delivery of the vehicle to Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

33.     At the time of delivery of the vehicle and at all times subsequent thereto, Defendant was aware that Plaintiff was relying on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

34.     Plaintiff has incurred damage as a direct and proximate result of the Defendants' breach and failure to honor its express and implied warranties, obligations and representations with regard to the vehicle.

35.     Plaintiff has incurred damage as a direct and proximate result of the failure of essential purpose of Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

WHEREFORE, Plaintiff respectfully demands:

1.     The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2.     Costs, including expert witness fees and reasonable attorney's fees; and

3.     For such other relief as this court deems just and proper.

## COUNT IV
## IMPLIED WARRANTY IN TORT

36.     Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

EX A

Case: 1:23-cv-00743-MWM-SKB Doc #: 2 Filed: 11/13/23 Page: 7 of 23 PAGEID #: 43


37. The defects and nonconformities exhibited by the vehicle constitute a breach of contractual, statutory and/or common law obligations of Defendant, including, but not limited to, the following:

    a. Implied Warranty of Merchantability sounding in Tort; and

    b. Implied Warranty of Fitness for a Particular Purpose sounding in Tort.

38. At the time delivery of the vehicle to Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendant's implied warranties, obligations and representations with regard to the vehicle.

39. At the time of delivery of the vehicle and at all times subsequent thereto, Defendant was aware that Plaintiff was relying on Defendant's implied warranties, obligations and representations with regard to the vehicle.

40. Plaintiff has incurred damage as a direct and proximate result of the Defendant's breach and failure to honor its implied warranties, obligations and representations with regard to the vehicle.

WHEREFORE, Plaintiff respectfully demands:

1. The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2. Costs, including expert witness fees and reasonable attorney's fees; and

3. For such other relief as this court deems just and proper.

### COUNT V
### OHIO CONSUMER SALES PRACTICES ACT

41. Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

EX A

E-FILED 07/09/2023 4:19 PM  /  CONFIRMATION 1342104  /  A 2302899  /  COMMON PLEAS DIVISION  /  IFIJ

42. Section 1345.01 et seq. is commonly known as, and will hereinafter be referred to as, the "Ohio Consumer Sales Practices Act" or "CSPA."

43. Plaintiff is a "Person," as defined by R.C. § 1345.01 (B).

44. Defendant is a "Supplier" and "Person" as defined by R.C. § 1345.01 (C) & (B).

45. Plaintiff's purchase of the vehicle is a "Consumer Transaction" as defined by R.C. § 1345.01 (A).

*UNFAIR, DECEPTWE OR UNCONSCIONABLE ACTS GENERALLY*

46. In connection with said transaction, Defendant committed unfair, deceptive and unconscionable acts and practices in violation of R.C. § 1345.02 and R.C. § 1345.03.

*Said acts and practices include, but are not limited to, the following:*

47. Defendant's representation that the vehicle contained a valid warranty, which would cause effective warranty repairs to be made within a reasonable time and within the warranty period, was untrue.

48. Defendant's representation that the vehicle contained, as a remedy, an effective warranty, which would cause effective warranty repairs to be made within a reasonable time and within the warranty period, was false.

49. Defendant's representation that the vehicle would have the natural benefits of being fit for its intended and ordinary purposes and merchantable, was untrue.

50. Defendant's representation that the vehicle was fit for ordinary purposes, was untrue.

51. Defendant's representation that the vehicle was merchantable was untrue.

52. Defendant's violation of the Ohio Lemon Law constitutes an unfair, deceptive and/or unconscionable sales practice.

53. Defendant knowingly committed all of the above referenced unfair, deceptive and unconscionable acts and practices.

### *ACTS DECLARED UNFAIR, DECEPTIVE OR UNCONSCIONABLE BY ATTORNEY GENERAL RULES*

54. In connection with said transaction, Defendant committed acts and practices that have been declared to be unfair, deceptive or unconscionable by rules adopted pursuant to RC. § 1345.05 (B)(2).

55. Said acts and practices were committed after such rules were made available for public inspection pursuant to R.C. § 1345.05 (A)(3).

*Said acts and practices include, but are not limited to, the following:*

56. Defendant never disclosed any defects in connection with the sale of the vehicle, as required by O.A.C. 109:4-3-16 (B)(14).

57. Defendant may have violated the Motor Vehicle Repairs and Services Rule by failing to comply with all the requirements of O.A.C. § 109:4-4-05, 109:4-3-13 and R.C. 1345.74.

58. Defendant knowingly committed all of the above referenced unfair, deceptive and unconscionable acts and practices.

### *ACTS DECLARED UNFAIR, DECEPTIVE OR UNCONSCIONABLE BY OHIO COURTS*

59. In connection with said transaction, Defendant committed acts and practices that have been declared violations of R.C. § 1345.02 and/or R.C. § 1345.03 by Courts of the State of Ohio.

EX A

60.   Said acts and practices were committed after such court decisions were made available for public inspection pursuant to R.C. § 1345.05 (A)(3).

*Said acts and practices include, but are not limited to, the following:*

61.   Defendant, who had a legal obligation to Plaintiff under the written warranty, breached, avoided and/or attempted to avoid its obligations to the Plaintiff, which has been declared a violation of the CSPA in Brown v. Spears, No. 8897 (Muni, Franklin 1979); Brown v. Lyons, 322 N.E.2d 380 (CP, Hamilton 1974) and related cases.

62.   Defendant exhibited a pattern of inefficiency, stalling and/or incompetency with regard to its warranty repair work, which is behavior declared a violation in Brown v. Lyons, 332 N.E.2d 380 (CP Hamilton 1974); Pearsoll v. Tom Harrigan Oldsmobile-Nissan, Inc., No. 12411, 1991 WL 214228 (2d Dist. Ct. App., Montgomery, 1991); and Brown v. Sp ars, No. 8897 (Muni, Franklin 1979).

63.   Defendant failed to honor its implied warranty of merchantability, which was declared a violation of the CSPA in Brown v. Lyons, 322 N.E.2d 380 (CP, Hamilton 1974).

64.   Defendant refused to accept Plaintiffs revocation of acceptance of goods, which was declared to be a violation in Holsinger v. K.rystal Klear Sales & Service, Inc, No. 91-CV-55 (CP, Meigs 1991) and Price v. llu11phries Auto City, Inc., No. 7-89-CVE-243 (Muni, New Philadelphia 1990).

65.   Defendant knowingly committed all of the above referenced unfair, deceptive and unconscionable acts and practices.

WHEREFORE, Plaintiff respectfully demand:

1. Judgment against Defendant in an amount equal to three times Plaintiff's actual damages in excess of $25,000.00 and/or the statutory minimum of $200 for each additional unlawful act specified, over and above any treble damage award;

2. Costs, including expert witness fees and reasonable attorney's fees;

3. A declaratory judgment that Defendant's practices herein complained of are unfair, deceptive and/or unconscionable; and

4. For such other relief as this court deems just and proper.

Respectfully submitted,

*/s/ Timothy J. Abeel, Jr.*
Timothy J. Abeel, Jr. (Ohio Bar #100473) 20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: tim@timothyabeel.com

**Counsel for Plaintiff**

EX A

**JURY TRIAL**

A trial by jury in the within action is hereby demanded on all issues except the determination of reasonable attorney's fees and costs and the determination of which damages shall be trebled, which are reserved for determination by the Court in the event that Plaintiff prevails at a trial on the merits.

*/s/ Timothy J. Abeel, Jr.*
Timothy J. Abeel, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: tim@timothyabeel.com

**Counsel for Plaintiff**

EX A

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Plaintiff's Complaint will be served to all parties through the electronic filing system of the Hamilton County Court of Common Pleas and served upon all Defendant by the Clerk via U.S. Certified Mail.

Dated: July 9, 2023

*Isl Timothy J. Abeel, Jr.*
Timothy J. Abee!, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: tim@timothyabeel.com

**Counsel for Plaintiff**

EX A

# EXHIBIT A

 

# O'BRIEN FORD

**We Stand By You.**

720 MT. EDEN ROAD, HIGHWAY 53 SOUTH
**SHELBYVILLE, KY 40065**
(502) 633-4515

**www.obrienteamford.com**

PURCHASER'S NAME _____

PURCHASER'S ADDRESS _____

CITY, STATE & ZIP _____

SOC. SEC. NO. _____

DATE _____
RESIDENCE
PHONE _____
BUSINESS
PHONE _____
BIRTH
MONTH _____

## VEHICLE BEING PURCHASED

PLEAE ENTER MY ORDER FOR THE FOLLOWING   ❑ NEW   ❑ CAR   ❑ USED   ❑ TRUCK

STOCK NO. ____

| YEAR | MAKE | MODEL/ SERIES |
|---|---|---|
| BODY TYPE | COLOR TRIM | |
| M.V.I. OR SERIAL NUMBER | | MILEAGE |
| TO BE DELIVERED ON OR ABOUT | SALESPERSON | |

## DELIVERY AGREEMENT

The vehicle in this transaction is being delivered subject to approval of the lending institution utilized by O'Brien Ford. In the event the financing is not approved, the customer agrees to meet the conditions of an alternative source, seek financing on their own or return the vehicle to O'Brien Ford within 36 hours.

_____ (Cust. Initials)

## USED VEHICLE TRADE-IN AND/OR OTHER CREDITS

| YEAR | MAKE | MODEL/ SERIES | STOCK NO. |
|---|---|---|---|
| BODY TYPE | COLOR TRIM | | |
| M.V.I. OR SERIAL NUMBER | | MILEAGE | |
| BALANCE OWED TO | | | |

USED TRADE-IN ALLOWANCE

BALANCE OWED ON TRADE-IN

NET ALLOWANCE ON USED TRADE-IN

CASH DOWN

REBATES

**TOTAL CREDIT** (TRANSFERRED TO RIGHT COLUMN)   $

The payoff figure used in this transaction is estimated. In the event the actual payoff amounts is greater, it is the customer's responsibility to pay any difference. In the event the actual payoff is less, O'Brien Ford will refund accordingly.

_____ (Cust. Initials)

### VEHICLE TRADE-IN VERIFICATION

The undersigned warrants and represents as to the subject vehicle, which is being traded or sold to the dealership, intending by such warranties and representations that the dealership rely upon same in establishing a trade-in or purchase value that:
1. The vehicle has never been designated as a "Salvage Vehicle" or "Rebuilt Vehicle", "Water Damaged" or any such designation of similar nature by any state regulatory agency.
2. The entire vehicle is of the year and model as shown on the title certificate.
3. There are no liens or encumbrances on the vehicle except as shown on the title certificate, nor is the vehicle subject to any unpaid motor vehicle taxes.
4. Any exceptions are hereby noted: _____

If any of the warranties or representations above are incorrect, the undersigned agrees to pay the difference in value resulting from the breach to the dealership forthwith, or the dealership may elect to rescind the acceptance or purchase of the vehicle at the option of the dealership.

X _____
Customer Signature

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The Selling Dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the Selling Dealer neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. The buyer shall not be entitled to recover from the Selling Dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any incidental damages. The only warranties applying to this vehicle are those offered by the manufacturer.

| | | | |
|---|---|---|---|
| CASH DELIVERED PRICE OF VEHICLE | | | |
| ACCESSORIES | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| DOC FEE | | $ 589 00 | |
| CASH PRICE OF VEHICLE & ACCESSORIES | | $ | |
| STATE AND LOCAL TAXES | | | |
| License, License Transfer, Title, Registration Fee | | | |
| TOTAL PRICE OF UNIT | | $ | |
| **TOTAL CREDIT** (TRANSFERRED FROM LEFT COLUMN) | | $ | |
| UNPAID CASH BALANCE DUE ON DELIVERY | | | |

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and superseded any prior agreement and as of the date hereof comprises the complete and exclusive state- ment of the terms of the agreement relating to the subject matters covered hereby, and that THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE. Purchaser by his execution of this order certifies he is of majority age and acknowledges that he has read its terms and conditions and has received a true copy of this order.

PURCHASER'S
SIGNATURE _____

ACCEPTED BY _____

PER _____
(NAME AND TITLE)

*Thank you for letting us serve you.*

EX A



Kentucky Transportation Cabinet
**Division of Motor Vehicle Licensing**
TC 96-182
05/2020
**APPLICATION FOR KENTUCKY CERTIFICATE OF TITLE OR REGISTRATION**

Check the type of application desired _____ ☐Duplicate [X]Title Only ☐Transfer ☐First Time ☐Salvage ☐Classic

If Duplicate is checked, the original Certificate of Title is: _____ ☐Lost ☐Destroyed ☐Damaged ☐Illegible ☐Other

**Vehicle Identification Section**

1FTFW1RG1NFA08546    FORD

VIN                          Make

2022 4X4 RA F150 4X4 W1R ICONI

| Year | Body Style | Model | Model No. | Color |
|------|-----------|-------|-----------|-------|
|      |           |       | 6         |       |

Motor No.    Cylinders    Truck Weight
(if motorcycle)

**TITLE BRAND DISCLOSURE**

Check appropriate block if: ☐ Rebuilt Vehicle ☐Water Damage

If block is checked and title does not include brand, provide
jurisdiction N/A and title number N/A if previous brand was issued.

**CERTIFIED INSPECTOR SECTION**

I, (Certified Inspector – Print Name) _____
of _____ County, Phone No. _____
do certify under the penalty provisions of KRS 186A.115(4)(d) that I have physically
inspected the vehicle described herein to be roadworthy and that the supporting documents
are consistent with the vehicle description.
THE VEHICLE HAS AN ODOMETER READING OF _____ NO TENTHS
**THE VEHICLE IDENTIFICATION NUMBER IS:**

INSPECTION REQUESTED
BY _____
OWNER DRIVER LICENSE NO. & STATE _____

CERTIFIED INSPECTOR'S SIGNATURE    INSPECTOR NO.    DATE

**ODOMETER DISCLOSURE ****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
49 USC Sec. 32705 and KRS 190.300 require that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and
or imprisonment. I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.**

17 (no tenths)
Odometer Reading
☐1. The mileage stated is in excess of its mechanical limits.
☐2. The odometer reading is not the actual mileage. WARNING – ODOMETER DISCREPANCY.

**TOTAL CONSIDERATION AND TRADE-IN INFORMATION**

| Sale Price $ | Trade In $ | Net Cost $ | Tax $ |
|---|---|---|---|

04/09/2022
Date of Sale

| Make | Year | VIN No. | Title No. |
|---|---|---|---|
| Make | Year | VIN No. | Title No. |

Seller and buyer certify pursuant to the penalty provisions of KRS 190.990(5),that each has supplied true and correct total consideration information to the best of their knowledge and belief in this document, including the above affidavit.

**JOINT OWNERSHIP:** [X]☐ OR ☐ AND    NOTE: If neither box is checked the Title Transfer shall require both signatures.

O'BRIEN FORD
NAME OF SELLER

720 MT EDEN RD, HIGHWAY 53 SOU (502)633-4535
STREET ADDRESS                         PHONE NO.

SHELBYVILLE SHELBY KY 40065
CITY          COUNTY     STATE   ZIP

EMAIL ADDRESS

I (☐have)[X]have not) applied for a loan in connection with the vehicle described herein and if not, I (☐ will)(☐ will not) apply for a loan within 30 days of this application.

LESSEE NAME OR OTHER

LESSEE ADDRESS

CITY          COUNTY     STATE   ZIP

SELLER'S SIGNATURE

SELLER'S SIGNATURE              04/09/2022
                                DATE OF TRANSFER

Attesting Official
Subscribed and attested before me this 9th day of APRIL 20 22
My commission #: KYNP16408   Expiration: 10-5-24

DEALER NO.

ABDELRAHMAN KAMEL 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 JAN
NAME OF OWNER/BUYER   S.S.#, KyDL#, or Govt. issued #  BIRTH MO.

NAME OF OWNER/BUYER   S.S.#, KyDL#, or Govt. issued #  BIRTH MO.

2098 SOUTHACRES DR (513)207-0554
STREET ADDRESS                        PHONE NO.
KOTTY_6207@YAHOO.COM
CINCINNATI HAMILTON OH 45233
CITY          COUNTY     STATE   ZIP

EMAIL ADDRESS

FIRST LIENHOLDER

ADDRESS
HAMILTON
COUNTY LIEN TO BE FILED IN

OWNER/BUYER(S) SIGNATURE(S)

OWNER/BUYER(S) SIGNATURE(S)

Attesting Official
Subscribed and attested before me this 9th day of APRIL 20 22
My commission #: KYNP16408   Expiration: 10-5-24

**COUNTY CLERK USE ONLY**

| TYPE APPLICATION | DATE OF ISSUANCE | TITLE NO. | PLATE NO. |
|---|---|---|---|

I certify subject to the penalty provisions of KRS 190.990(5) that I have reviewed this application and the documents supporting it and that the same are present and consistent with this application; that I received the application on the date and time indicated hereon and that fees were collected as indicated. I further certify that the required information has been entered into the automated vehicle identification system (AVIS).

SIGNATURE & TITLE OF ISSUER                    COUNTY                    DATE

I certify that the lien indicated to be filed has been noted into the automated system and that a title will be withheld for 30 days, or until financing arrangements and fees required are received, whichever occurs first.
Signature _____ Date _____
DO NOT ACCEPT TITLE OR APPLICATION SHOWING ANY ERASURES, ALTERATION, OR MUTILATIONS. MUST BE COMPLETED IN BLUE OR BLACK INK IF NOT COMPLETED ON-LINE.

EX A

# EXHIBIT B

CUSTOMER #: 140934

293919

*INVOICE*



**Quick Lane**
TIRE & AUTO CENTER
5400 Glenway Ave
Cincinnati, OH 45238
**513-347-4958**

ABDELRAHMAN KAMEL
2098 SOUTHACRES DR
CINCINNATI, OH 45233
HOME:513-207-0554  CONT:513-207-0554
BUS:                CELL:513-207-0554

PAGE 1

SERVICE ADVISOR:  612 NORMAN LACKEY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 22 | FORD F150 | 1FTFW1RG1NFA08546 | | 2702/2702 | T1250 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN22 DD | | | WAIT 20JUL22 | | | CASH | 21JUL22 |

| R.O. OPENED | READY | OPTIONS: DLR:47A005 ENG:3.5_Liter_GTDI |
|---|---|---|
| 09:18 31MAY22 | 14:29 21JUL22 | |

LINE OPCODE TECH TYPE HOURS                    LIST     NET     TOTAL

A CUST STATES HAS SQUEAK NOISE FROM BRAKE PEDAL..ONLY HAPPENS WHEN IN
    GEAR
CAUSE: BOOSTER
    MTNVH NOISE VIBRATION DIAGNOSIS
        54  WF4                                              (N/C)
        1 NL3Z*2005*B BOOSTER ASY - BRAKE                    (N/C)
        1 L1MZ*2L523*A BUSH                                  (N/C)
        5 PM*20* FLUID - BRAKE                               (N/C)
    MT2005 REPLACE BRAKE BOOSTER ASSEMBLY
        54  WF4                                              (N/C)
        2005AXQ BRAKE BOOSTER ASSEMBLY - REPLACE (2005) -
            L EXTRA TIME FOR A POST-REPAIR ROAD TEST.
        54  WF4                                              (N/C)
    FC: H20 42
    PART#: NL3Z*2005*B
    COUNT:
    CLAIM TYPE:
    AUTH CODE:
    54
2702 verified cust complaint. nvh diag and replaced ebb for noisy
opp. retest and verified repair
    ************************************************************
B QUICK LANE EXPRESS MULTIPOINT INSPECTION
CAUSE: EXPRESS INSPECTION
    Q99PX QUICK LANE EXPRESS MULTIPOINT INSPECTION
    54 CPRQ                                          0.00    0.00
    ************************************************************
C** CUSTOMER STATES THE AC INTERMITENTLY DOESNT BLOW BLOWER WILL COME
        ON BUT NOTHING WILL COME OUT OF VENTS
    CNV COULD NOT VERIFY
        54 CPRQ                                      0.00    0.00
2702 road atest and unable to verify cust complaint at this time/
self test hvac and passed/no codes. cust states will bring back with
concern present

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

*SHOP SUPPLY COSTS:
We have added a charge equal to 9.92% of the total labor cost, not to exceed $37.87, to the Repair Order for shop supplies used in connection with this repair.

ALL PARTS ARE NEW
UNLESS OTHERWISE
INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

DATE     CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

EX A

CUSTOMER  COPY

CUSTOMER #: 411314

459530

INVOICE

**Ford**

**NORTHGATE FORD**
8940 Colerain Avenue  CINCINNATI, OH 45251
(513) 385-1414
www.northgateforcincinnati.com

ABDELRAHAM KAMEL
2098 SOUTHACRES DR
CINCINNATI, OH 45233-4276
HOME:513-207-0554 CONT:513-207-0554
BUS:                CELL:513-207-0554

PAGE 1

SERVICE ADVISOR: 32106 STEVE PARKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| grey | 22 | FORD F-150 | 1FTFW1RG1NFA08546 | | 3747/3750. | T525 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 01JAN22 IS | | | WAIT 24AUG22 | | 0.00 | CASH | 30AUG22 |
| 01JAN22 DD | | | | | | | |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 08:45 23AUG22 | 09:57 30AUG22 | |

LINE OPCODE TECH TYPE HOURS                    LIST          NET          TOTAL

A DIAG CHECK AND ADVISE BRAKES ARE MAKING NOISE WILL HERE A GRINDING
        NOISE THEN A KNOCK AND THIS IS AFTER STARTING THE VEH AND IT
        SITS FOR ABOUT 5 MINS. IT ALSO MAKES A REALLY LOUD NOISE WHEN
        DRIVING AND BRAKING AS WELL
CAUSE
    NPF DIAG BRAKE NOISE
    520 SMITH JONATHON LIC# 4795
       WF40  0.50
    FC: N17 82 PART#: NPF COUNT
    CLAIM TYPE:
    AUTH CODE
    520
3750
TEST DRIVE, ATTEMPT TO DUPLICATE GRINDING NOISE CHECK OASIS,
PERFORM 4 WHEEL HYDRAULIC BRAKE INSPECTION CAN NOT DUPLICATE NOISE AT
THIS TIME, VERIFIED CLICK NOISE. COULD NOT PINPOINT NOISE. HERE
IS WHAT FORD SENT BACK: Good morning Jonathon. Since this vehicle
is equipped with an EBB assembly and is suspecting that some different
noises are present in the truck than others with a conventional ABS/HCU
assembly, and also some of those noise conditions can be identified as
part of the EBB operating conditions. However to ensure that it is a
normal noise condition or if there is something wrong with the vehicle
it would be necessary to compare the noise condition with other like
unit. Please ask to your Service Manager, the sales department from
your dealership or a neighboring dealer and check if they have another
like unit to loan and perform a comparative test to verify if the same
noise condition appears at the same reported conditions by the
customer. Also, use the Chassis Ear tool and put the probes on the EBB
unit, brake pedal bracket area and front calipers to see if the noise
comes from one of the mentioned components. In case that the noise has
been isolated from the EBB unit and if the mentioned condition appears
at the way than the customer's truck, we can confirm that the reported
noise is a normal operating characteristic from the EBB unit and no
further actions should be performed on this truck. Additionally, please

| | DESCRIPTION | TOTALS |
|---|-------------|--------|
| ALL PARTS AND LABOR ARE GUARANTEED FOR 12 MONTHS OR 12,000 MILES - WHICHEVER COMES FIRST (EXCLUDING REMAN-UFACTURED OR USED PARTS) | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

Thank you for choosing Northgate Ford. I acknowledge the
accuracy of the description of the problem(s) and/or
symptom(s) experienced as stated on this repair order.

CUSTOMER        SIGN ___ OR ___ INITIAL:

CUSTOMER

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - S/OC - IMAGING

CUSTOMER COPY



**NORTHGATE FORD**
8940 Colerain Avenue · CINCINNATI, OH 45251
(513) 385-1414
www.northgatefordcincinnati.com

CUSTOMER #: 411314

459530
INVOICE

ABDELRAHAM KAMEL
2098 SOUTHACRES DR
CINCINNATI, OH 45233-4276
HOME:513-207-0554 CONT:513-207-0554
BUS:                CELL:513-207-0554

PAGE 2

SERVICE ADVISOR: 32106 STEVE PARKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|-----------|-----|---------|------------------|-----|
| grey | 22 | FORD F-150 | 1FTFW1RG1NFA08546 | | 3747/3750 | T525 |

| DEL. DATE: | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|------------|-----------|-----------|----------|--------|------|---------|-----------|
| 01JAN22 IS | | | WAIT 24AUG22 | | 0.00 | CASH | 30AUG22 |
| 01JAN22 DD | | | | | | | |

OPTIONS:

| R.O. OPENED | READY |
|-------------|-------|
| 08:45 23AUG22 | 09:57 30AUG22 |

LINE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL

explain to the customer that the reported noise is not a symptom to fix
in her/his vehicle and does not compromises the vehicle safety
conditions or the brake system performance
From: Jonathan Smith
Sent On: 08/23/2022 10:37 AM
 Subject: Review
From: Jonathan Smith
Sent On: 08/23/2022 10:37 AM
 Subject: Review CONTACT HOT LINE WAITING FOR RESPONSE BACK
*********************************
B DIAG CHECK AND ADVISE NAVIGATION SYSTEM HAS LOST ITS CONNECTION AND
      IS NOT WORKING
CAUSE
    NPF DIAG NAVIGATION SYSTEM
       520 SMITH,JONATHON LIC# 4795
       (WF360 0.60)
    FC: A11 82 PART NPF COUNT
       CLAIM TYPE:
       AUTH CODE: DDR4
       520
    3750 ATTEMPT TO DUPLICATE, CHECK FOR CODES NO CODES SET
    DESTINATION IN NAVIGATION, FOLLOW ROUTE, WORKING TO FACTORY SPEC AT
    THIS TIME
*********************************
C DIAG CHECK AND ADVISE TRIM PIECE/GUARD/RUBBER SEAL BETWEEN THE
      WINDSHIELD AND THE HOOD IS STICKING UP ON THE RIGHT SIDE
CAUSE
    DIAG DIAG CHECK AND ADVISE trim
       piece/guard/rubber seal between the
       windshield and the hood is sticking up on
       the right side
       520 SMITH,JONATHON LIC# 4795
       CPF 0.00                          0.00      0.00
    3750 ORDER PASSENGER SIDE COWL TRIM PANEL

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

ALL PARTS AND LABOR
ARE GUARANTEED FOR 12
MONTHS OR 12,000 MILES
- WHICHEVER COMES FIRST
(EXCLUDING REMAN-
UFACTURED OR USED
PARTS)

Thank you for choosing Northgate Ford. I acknowledge the
accuracy of the description of the problem(s) and/or
symptom(s) experienced as stated on this repair order.

CUSTOMER      SIGN _____ OR _____ INITIAL:

CUSTOMER

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 3 - SI2C - IMAGING

CUSTOMER COPY

EX. A

CUSTOMER #: 411314

459530

INVOICE



**NORTHGATE FORD**
8940 Colerain Avenue · CINCINNATI, OH 45251
(513) 385-1414
www.northgatefordcincinnati.com

ABDELRAHAM KAMEL
2098 SOUTHACRES DR
CINCINNATI, OH 45233-4276
HOME:513-207-0554 CONT:513-207-0554
BUS:            CELL:513-207-0554

PAGE 3

SERVICE ADVISOR: 32106 STEVE PARKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|-----------|-----|---------|------------------|-----|
| grey | 22 | FORD F-150 | 1FTFW1RG1NFA08546 | | 3747/3750 | T525 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|----------|-----------|-----------|----------|--------|------|---------|----------|
| 01JAN22 IS | | | WAIT 24AUG22 | | 0.00 | CASH | 30AUG22 |
| 01JAN22 DD | | | | | | | |

R.O. OPENED | READY | OPTIONS:

08:45 23AUG22 | 09:57 30AUG22

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|
| D | COMPLETE VEHICLE INSPECTION REPORT AND FILL OUT VEHICLE REPORT CARD | | | | | | | |
| | 99P COMPLETE VEHICLE INSPECTION REPORT AND FILL OUT VEHICLE REPORT CARD | | | | | | | |
| | 520 SMITH,JONATHON LIC#: 4795 | | | | | | | |
| | | | CPF 0.00 | | | | 0.00 | 0.00 |
| | GBATT BATTERY CHECKED AND OK | | | | | | | |
| | 520 SMITH,JONATHON LIC#: 4795 | | | | | | | |
| | | | CPF 0.00 | | | | 0.00 | 0.00 |
| | GBK CHECKED BRAKES AND OK | | | | | | | |
| | 520 SMITH,JONATHON LIC#: 4795 | | | | | | | |
| | | | CPF 0.00 | | | | 0.00 | 0.00 |
| | GTIRE TIRE TREAD DEPTH - 7/32 OR GREATER | | | | | | | |
| | 520 SMITH,JONATHON LIC#: 4795 | | | | | | | |
| | | | CPF 0.00 | | | | 0.00 | 0.00 |
| | 3750 PERFORM MULTI POINT INSPECTION | | | | | | | |

**********************************

ESTIMATE: 515.00        23AUG22 08:45 SA 32106
    CONTACT:
**********************************

**********************************

ESTIMATE: 495.00        23AUG22 08:45 SA 32106
    CONTACT:
**********************************

| | DESCRIPTION | TOTALS |
|---|-------------|--------|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | **PLEASE PAY THIS AMOUNT** | |

ALL PARTS AND LABOR ARE GUARANTEED FOR 12 MONTHS OR 12,000 MILES - WHICHEVER COMES FIRST (EXCLUDING REMANUFACTURED OR USED PARTS)

Thank you for choosing Northgate Ford. I acknowledge the accuracy of the description of the problem(s) and/or symptom(s) experienced as stated on this repair order.

CUSTOMER        SIGN        OR        INITIAL:

CUSTOMER

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

CUSTOMER COPY

CUSTOMER #: 411314

459530

INVOICE

ABDELRAHAM KAMEL
2098 SOUTHACRES DR
CINCINNATI, OH 45233-4276
HOME:513-207-0554 CONT:513-207-0554
BUS:            CELL:513-207-0554

**NORTHGATE FORD**
8940 Colerain Avenue · CINCINNATI, OH 45251
(513) 385-1414
www.northgatefordcincinnati.com

PAGE 4

SERVICE ADVISOR: 32106 STEVE PARKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| grey | 22 | FORD F-150 | 1FTFW1RG1NFA08546 | | 3747/3750 | T525 |

| DEL. DATE | PROD. DATE | WARR. EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|-----------|----------|--------|------|---------|-----------|
| 01JAN22 IS | | | WAIT 24AUG22 | | 0.00 | CASH | 30AUG22 |
| 01JAN22 DD | | | | | | | |

R.O. OPENED          READY          OPTIONS:

08:45 23AUG22   09:57 30AUG22

LINE OPCODE TECH TYPE HOURS                     LIST        NET        TOTAL

I acknowlege the accuracy of the
description(s) of the problem and/or
symptom(s) experienced as stated on this
repair order.

CUSTOMER SIGN OR INITIAL




| | DESCRIPTION | TOTALS |
|---|-------------|--------|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| | PLEASE PAY THIS AMOUNT | 0.00 |

ALL PARTS AND LABOR
ARE GUARANTEED FOR 12
MONTHS OR 12,000 MILES
- WHICHEVER COMES FIRST
(EXCLUDING REMAN-
UFACTURED OR USED
PARTS)

Thank you for choosing Northgate Ford. I acknowledge the
accuracy of the description of the problem(s) and/or
symptom(s) experienced as stated on this repair order.

CUSTOMER          SIGN          OR          INITIAL:

CUSTOMER

Copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 2 - SDC - IMAGING

CUSTOMER COPY

EXA

CUSTOMER #: 140934          302041


**Quick Lane**
TIRE & AUTO CENTER

*INVOICE*

ABDELRAHMAN KAMEL
2098 SOUTHACRES DR
CINCINNATI, OH 45233              PAGE 1
HOME:513-207-0554 CONT:513-207-0554
BUS:          CELL:513-207-0554

5400 Glenway Ave
Cincinnati, OH 45238
**513-347-4958**

SERVICE ADVISOR: 92 SARAH PARKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 22 | FORD F150 | 1FTFW1RG1NFA08546 | | 5144/5144 | T5829 |

| DEL. DATE | PROD DATE | WARR. EXP | PROMISED | PO.NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN22 DD | | | WAIT 15DEC22 | | | CASH | 15DEC22 |

| R.O. OPENED | READY | OPTIONS: DLR:47A005 ENG:3.5_Liter_GTDI |
|---|---|---|
| 13:48 15DEC22 | 14:49 15DEC22 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A 5000 MILE OIL AND FILTER WITH MULTIPOINT INSPECTION AND KREX
     PROTECTION PKG.
     M3 DEFAULT
         349 INTF                                 (N/C)
       1 FL*500*SB12 FILTER ASY - OIL           (N/C)
       1 KREX WALT'S PROTECTION PACKAGE       (N/C)
       6 XO*5W30*QSP MOTORCRAFT SAE 5W-30 API GF-5   (N/C)
5144 complete
     ***************************************************
B MULTI-POINT VEHICLE INSPECTION
     Q99PX DEFAULT
         349 CPRQ                         0.00    0.00
     GBATT BATTERY TESTED GOOD
         349 CPRQ                         0.00
     GBK BRAKES CHECKED AND OK
         349 CPRQ                         0.00    0.00
     GTIRE TIRES CHECK AND OK
         349 CPRQ                         0.00    0.00
5144 complete
     ***************************************************
WAIT CREATED 2022-12-13      YES!! Email me service coupons, incentives
02:52:00PM TAKEN BY CHR IS   and specials!
FLORKEY                      My email address is:

                               @

     Make your next service appointment online at
     www.waltsweeney.com

**WARRANTY DISCLAIMER:** ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OF THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

**SHOP SUPPLY COSTS:** We have added a charge equal to 9.92% of the total labor cost, not to exceed $43.87, to the Repair Order for shop supplies used in connection with this repair.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

DATE     CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

EX A

E-FILED 07/09/2023 4:19 PM 7 CONFIRMATION 1342104 CUSTOMER COPY COMMON PLEAS DIVISION / IFIJ