IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ABDELRAHMAN KAMEL,<br><br>    Plaintiff,<br><br>Vs.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-00743-MWM-SKB<br><br>Judge Matthew M. McFarland<br><br>**STIPULATION OF DISMISSAL** |

Now come the parties, by and through counsel, and pursuant to Fed. Civ. Rule 41(a)(1)(A)(ii), hereby provide notice that any and all claims by and between the parties set forth in the within matter are hereby settled and dismissed with prejudice. Each party to bear their own costs.

| | |
|---|---|
| _/s/ Richard P. Gabelman_<br>Richard P. Gabelman, (0074642<br>OF COUNSEL:<br>TIMOTHY J. ABEEL & ASSOCIATES, PC<br>South Third Street, Suite 210<br>Columbus, OH 43215<br>Telephone: (888) 830-1474<br>Facsimile: (888) 979-8403<br>Email: tim@timothyabeel.com<br>Attorney for Abdelrahman Kamel | _/s/ Jeremiah J. Wood_<br>Jeremiah J. Wood, Esq. (0075728)<br>BAKER & HOSTETLER LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH 43215<br>Telephone: (614) 462-5139<br>Facsimile: (614) 462-2654<br>Email: jjwood@bakerlaw.com<br>Attorney for Ford Motor Company |